IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE GRISSOM,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                              16-cv-511-jdp

KITTY RHOADES, ADMINISTRATION
DOC and ATTORNEY GENERAL,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

    /s/                                                                        12/8/2016

---

Peter Oppeneer, Clerk of Court                                    Date